DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFREDO CASTILLO-RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALFREDO CASTILLO-RIVERA,<br><br>　　　　　Defendant.<br>_____ | No. 2:10-cr-0325 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 5, 2010<br><br>Date:　October 22, 2010<br>Time:　10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   THE PARTIES STIPULATE, through counsel, Michele M. Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Castillo-Rivera, that the Court vacate the status conference scheduled for October 22, 2010, at 10:00 a.m., and reset it for November 5, 2010, at 10:00 a.m.

   Counsel requires the continuance in order to review discovery with Mr. Castillo-Rivera, and conduct investigation.

   The parties further stipulate that the Court should exclude the period from the date of this order through November 5, 2010, when it

STIPULATION AND [PROPOSED ORDER]　　　1　　　2:10-cr-325 EJG

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Castillo-Rivera's request for a continuance outweigh the best interest of the public and Mr. Castillo-Rivera in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: October 19, 2010    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: October 19, 2010    BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for Michele Beckwith
_____
MICHELE M. BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__October 18, 2010    /s/ Edward J. Garcia_____
HON. EDWARD J. GARCIA
United States District Judge

STIPULATION AND [PROPOSED ORDER]    2    2:10-cr-325 EJG