DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ALFREDO CASTILLO-RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-325 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 17, 2010 |
| v. | |
| ALFREDO CASTILLO-RIVERA, | Date: November 5, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Castillo-Rivera, that the Court should vacate the status conference scheduled for November 5, 2010, at 10:00 a.m., and reset it for December 17, 2010, at 10:00 a.m.

Counsel requires the continuance to review discovery with Mr. Castillo-Rivera, and to conduct further investigation. Counsel also requires time to present mitigating evidence to the government.

The parties further stipulate that the Court should exclude the period from the date of this order through December 17, 2010, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]         1                         10-325 EJG

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Castillo-Rivera's request for a continuance outweigh the best interest of the public and Mr. Castillo-Rivera in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 2, 2010        Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ M.Petrik
                               _____
                               MICHAEL PETRIK, Jr.
                               Assistant Federal Defender
                               Attorneys for Defendant

Dated: November 2, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ M.Petrik for Michele Beckwith
                               _____
                               MICHELE M. BECKWITH
                               Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:  November 2, 2010       /s/ Edward J. Garcia
                               _____
                               United States District Judge