DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFREDO CASTILLO-RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>ALFREDO CASTILLO-RIVERA,            )<br>                                    )<br>            Defendant.              )<br>_____ ) | No. 10-325 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 28, 2011<br><br>Date:  December 17, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Castillo-Rivera, that the Court should vacate the status conference scheduled for December 17, 2010, at 10:00 a.m., and reset it for January 28, 2011, at 10:00 a.m.

Counsel requires the continuance to review discovery with Mr. Castillo-Rivera, and to conduct further investigation. Counsel also requires time to present mitigating evidence to the government.

The parties further stipulate that the Court should exclude the period from the date of this order through January 28, 2011, when it

STIPULATION AND [PROPOSED ORDER]                    1                         10-325 EJG

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Castillo-Rivera's request for a continuance outweigh the best interest of the public and Mr. Castillo-Rivera in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: December 16, 2010         Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: December 16, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Michele Beckwith
                                 _____
                                 MICHELE M. BECKWITH
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: December 16, 2010         /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 United States District Judge

STIPULATION AND [PROPOSED ORDER]    2                        10-325 EJG