MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant

Alfredo Castillo-Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO CASTILLO-RIVERA,<br><br>Defendant. | Case No.: 2:10 CR 325 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant ALFREDO CASTILLO-RIVERA, by and through his attorney, Michael Chastaine, by and through Assistant United States Attorney Michelle Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, February 25, 2011 at 10:00 a.m. to Friday, March 25, 2011 at 10:00 a.m.  The continuance is requested to allow counsel for the defense to perform an investigation into the client's background.

It is further stipulated that the period from February 25, 2011 to March 25, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4 for attorney preparation.

Dated: February 23, 2011          The CHASTAINE LAW OFFICE

                                  By:     /s/ Michael Chastaine
                                          MICHAEL CHASTAINE
                                          Attorney for Alfredo Castillo-Rivera

Dated: February 23, 2011          BENJAMIN WAGNER
                                  United States Attorney

                                  By:    /s/ Michelle Beckwith
                                          Michelle Beckwith
                                          Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, February 25, 2011 at 10:00 a.m. be continued to Friday, March 25, 2011 at 10:00 a.m. and that the period from February 23, 2010 to March 23, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated:  February 23, 2011          /s/ Edward J. Garcia
                                   Edward J. Garcia
                                   District Judge
                                   United States District Court